IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICIA HUNT, | ) | CIV NO 14-00081 LEK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROSS DRESS FOR LESS LLC, LC | ) | |
| ROSS STORES INC. AND | ) | |
| OWNERS MICHAEL SULLIVAN, | ) | |
| JOHN CALL, AND ROSS DRESS | ) | |
| FOR LESS IS A FOREIGN | ) | |
| CORPORATION, CONVOY, | ) | |
| SIMBERG, GANNON LAW FIRM | ) | |
| AND ALL PARTIES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on February 24, 2014 and

served on plaintiff on February 25, 2014 by First Class Mail, and no objections

having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation That the District Court Dismiss The Complaint With Leave To

Amend And Deny Plaintiff's Application To Proceed Without Prepaying Fees

(ECF No. 7) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 13, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**PATRICIA HUNT VS. ROSS DRESS FOR LESS LLC, ET AL; CIVIL 14-00081 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**